ADEL LUMBER COMPANY *v.* SORRELL.

EVANS, P. J. In view of the uncertainty of description of the property in the timber lease, and the conflict of testimony as to the terms of the original agreement of sale, and whether or not there had been an alteration of the lease since its execution, the judge did not abuse his discretion on interlocutory hearing in granting a temporary injunction.

*Judgment affirmed. All the Justices concur.*

January 25, 1913.

Injunction. Before Judge Thomas. Colquitt superior court. June 10, 1912.

*J. Z. Jackson*, for plaintiff in error. *W. F. Way*, contra.